1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WESLEY KANE CAMPBELL,                    1:11-cv-15-SKO (HC)

12                                            ORDER TRANSFERRING CASE TO THE
                                              UNITED STATES DISTRICT COURT FOR
13                  Petitioner,               THE CENTRAL  DISTRICT OF
                                              CALIFORNIA
14   vs.

15   RAUL LOPEZ,

16                  Respondent.

17   _____/

18

19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21          The federal venue statute requires that a civil action, other than one based on diversity

22   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

26   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

27          In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

28   Central District of  California.  Therefore, the petition should have been filed in the United States

1   District Court for the Central  District of California.  In the interest of justice, a federal court may

2   transfer a case filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v.</u>

3   <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

4          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
    District Court for the Central District of California.IT IS SO ORDERED.

5

6   **Dated:    January 7, 2011**              _/s/ Sheila K. Oberto_
                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28