UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY KANE CAMPBELL, | ) | Case No. CV 11-274-GW (AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| RAUL LOPEZ, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is **dismissed without prejudice.**

Date: August 26, 2011

_____
George H. Wu
United States District Judge